IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE L. MOORE, ) | CASE NO.: 8:09-CV-00399 |
| Plaintiff, ) | |
| vs. ) | |
| NEBRASKA BEEF, LTD., ) | |
| Defendant. ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Nebraska Beef, Ltd., makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

[x] This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

The limited partners of Nebraska Beef, Limited, are as follows:

Nebraska Beef, Inc.—Nebraska
Day-Lee Foods, Inc.—California
Timmerman & Sons Feed—Nebraska
A B Hudson—Kansas
The McCarthy Group, Inc.—Nebraska
Robert Gottsch—Nebraska
Donald Goldstein—Nebraska
James G. Jandrain—Nebraska
L. Goldstein—Nebraska
NB Emp Group, LLC—Nebraska
Michelle Roth-Kahn—Colorado

[ ] This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

DATED this 10th day of November, 2009.

        NEBRASKA BEEF, LTD., Defendant


By:   s/Craig F. Martin
      Craig F. Martin, #21812
OF   LAMSON, DUGAN and MURRAY, LLP
      10306 Regency Parkway Drive
      Omaha, NE  68114   (402) 397-7300
      ATTORNEYS FOR DEFENDANT

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Ben Thompson
Thompson Law Office, PC, LLO
13906 Gold Circle, Suite 201
Omaha, NE 68144

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

None.

                                            s/Craig F. Martin

466294