IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TERRENCE L. MOORE,** | |
| Plaintiff(s), | 8:09-cv-00399-LSC-FG3 |
| v. | ORDER |
| **NEBRASKA BEEF, LTD.,** | |
| Defendant(s). | |

This matter is before the court on the defendant's unopposed motion for a 30-day extension of the deadline for filing motions for summary judgment. The court finds that the motion should be granted; however, the final pretrial conference and trial date must be rescheduled to accommodate the extended deadline.

**IT IS ORDERED** that the motion (Doc. 43) is granted, and the final progression order (Doc. 30) is amended to provide as follows:

1. Motions for summary judgment shall be filed not later than **January 10, 2011.** *See* NECivR 56.1 and 7.0.1.

2. The Final Pretrial Conference with the undersigned magistrate judge is continued from February 24, 2011 to **April 18, 2011 at 10:30 A.M.** in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

3. Trial of this matter is continued from March 15, 2011 to the week **of May 17, 2011** in Omaha, Nebraska, before the Honorable Laurie Smith Camp, United States District Judge. Unless otherwise ordered, jury selection shall be at the commencement of trial.

**DATED December 2, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**